823 A.2d 141

COMMONWEALTH of Pennsylvania, Respondent,

v.

Edwin GOMEZ, Petitioner.

Supreme Court of Pennsylvania.

May 8, 2003.

## ORDER

PER CURIAM.

AND NOW, this 8th day of May, 2003, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the following issue:

Whether the trial court erred in concluding that Petitioner failed to satisfy the reasonable diligence requirement for after-discovered evidence.